Jason A. Savlov, Esq., California Bar No. 213879
jsavlov@rcolegal.com
ROUTH CRABTREE OLSEN, P.S
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
Tel: (714) 277-4867; Fax: (714) 277-4899

RCO No. 7874.50218

Attorneys for Defendant Wells Fargo Bank, N.A.
(erroneously sued as World Savings Bank, FSB)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPORT-IMPORT BANK OF THE UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>KOREA CREST CO., INC., a California Corporation, and PETER KIM aka Pum Ki Kim, and individual, BONNY KIM aka Bong G. Kim, an individual, and WORLD SAVINGS BANK, FSB,<br><br>Defendants. | Case No.: CV 12 0693 – PA-(JCx)<br><br>**JUDGMENT RE: PRIORITY OF DEEDS BETWEEN PLAINTIFF EXPORT-IMPORT BANK OF THE UNITED STATES AND DEFENDANT WELLS FARGO BANK, N.A.** |

Based on the stipulation between Plaintiff, EXPORT-IMPORT BANK OF THE

UNITED STATES  (hereinafter "USA") and Defendant WELLS FARGO BANK, N.A.

1

**STIPULATION FOR ENTRY OF JUDGMENT AND RE: PRIORITY OF DEEDS BETWEEN PLAINTIFF EXPORT-IMPORT BANK OF THE UNITED STATES AND DEFENDANT WELLS FARGO BANK, N.A. and ORDER THEREON**

(erroneously sued as WORLD SAVINGS BANK, FSB) (hereinafter "WELLS"), and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The Deeds of Trust held by WELLS and described in paragraphs 2 and 3, below, are senior and have absolute priority over that certain Deed of Trust held by USA dated November 28, 2008 and more particularly described in paragraph 24 of the Complaint ("Third DOT"), which encumbers certain real property commonly known as 3045 Lazy Meadow Dr., Torrance CA 90505 and more particularly described as follows:

> LOT 23 OF TRACT 31333, IN THE CITY OF TORRANCE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 855, PAGE 49 TO 50 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY, CALIFORNIA.
>
> APN. No. 7547-012-023 ("Subject Property")

2. The Deed of Trust held by WELLS in the original principal amount of $746,875.00 and recorded on December 29, 2006 as Instrument No. 06-2892372 in the Official Records of the County of Los Angeles Recorder ("First DOT") is senior and has priority over Plaintiff USA's Third DOT as described in paragraph 1, above.

3. The Deed of Trust held by WELLS in the original principal amount of $71,500.00 and recorded on March 22, 2007 as Instrument No. 20070731491 in the Official Records of the County of Los Angeles Recorder ("Second DOT") is senior and has priority over Plaintiff USA's Third DOT as described in paragraph 1, above.

4. A certified copy of this Judgment may be recorded in the Official Records of the Los Angeles County Recorder.

5. Plaintiff USA and Defendant Wells Fargo shall each bear their own costs of suit herein, including attorney's fees.

DATED: July 2, 2012

_____
HON. PERCY ANDERSON
United States District Judge

2

**STIPULATION FOR ENTRY OF JUDGMENT AND RE: PRIORITY OF DEEDS BETWEEN PLAINTIFF EXPORT-IMPORT BANK OF THE UNITED STATES AND DEFENDANT WELLS FARGO BANK, N.A. and ORDER THEREON**